# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARRELL COMEAUX AND CARMEN COMEAUX, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AMIE COMEAUX

VERSUS

STATE OF LOUISIANA, STATE OF LOUISIANA THROUGH DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

CONSOLIDATED WITH

IDA WATTIGNEY AND EVA FRANCOIS, AS DAUGHTER OF IDA WATTIGNEY

VERSUS

STATE OF LOUISIANA, STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

NO. 2021 CW 0683

PG. 1 OF 2

**AUGUST 16, 2021**

---

In Re: State of Louisiana and the State of Louisiana through the Department of Transportation and Development, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 456518 c/w 456545.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide documentation that this writ application was timely filed under Rules 4-2 and 4-3, Uniform Rules of Louisiana Courts of Appeal, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B). There is no evidence that a judgment was ordered by the trial court or that a written request for judgment was filed within 10 days of the ruling in open court so as to make the notice of intent filed on June 1, 2021 timely. Moreover, the writ application does not contain a transcript of the court's reasons for denying the motion and the reasons are not otherwise evident from the writ application. See La. Civ. Code P. art. 966(C)(4); **James as Co-Trustees of Addison Family Trust v. Strobel,** 2019-0787 (La. App. 1st Cir. 6/24/20), 2020 WL 3446635 (unpublished).

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation including documentation to show the original writ application was timely, and any other documents listed above, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before September 15, 2021, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT